Steven M. Shepard (*pro hac vice* forthcoming)
Shauli Bar-On (356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshepard@susmangodfrey.com
sbar-on@susmangodfrey.com

Eric H. Jaso (*pro hac vice* forthcoming)
**SPIRO, HARRISON & NELSON L.L.C.**
363 Bloomfield Avenue
Suite 2C
Montclair, New Jersey 07042
ejaso@shnlegal.com

*Attorneys for Relator Aidan Forsyth*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, *ex rel.* AIDAN FORSYTH

*Plaintiff Relator*,

vs.

E&B NATURAL RESOURCES MANAGEMENT CORPORATION and EXCALIBUR WELL SERVICES CORPORATION

*Defendants*.

Case No. 1:26-cv-08458-KES-HBK

**NOTICE OF RELATED CASE**

**NOTICE OF RELATED CASE**

Pursuant to Local Rule 123, Relator Aidan Forsyth ("Forsyth") hereby gives notice that the above-captioned action, *United States ex rel. Aidan Forsyth v. E&B Natural Resources Management Corporation and Excalibur Well Services Corporation*, Case No. 1:26-cv-08458-KES-HBK (the "Forsyth Action"), is related to *United States ex rel. Verity Investigations, LLC v. E&B Natural Resources Management Corporation*, Case No. 1:24-cv-00928-KES-CDB (the "Verity Action"), which is pending in this District.

This action (the "Forsyth Action") is a *qui tam* action under the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, that was filed under seal in the United States District Court for the Northern District of New York on June 11, 2025, as Case No. 1:25-cv-00741 (ECC/DJS). On October 15, 2026, this action was transferred to this District, where it has been assigned to District Judge Sherriff and Magistrate Judge Helena M. Barch-Kuchta.

The Verity Action is an earlier-filed *qui tam* action under the False Claims Act. It was filed in this District in 2024. Upon filing, it was assigned to District Judge Sherriff and Magistrate Judge Christopher Baker. On May 28, 2026, and on consent of the parties, Judge Shaffer reassigned the Verity Action to Magistrate Judge Baker "for all purposes including trial and entry of judgment." On September 25, 2026, Judge Baker denied a motion to dismiss and granted leave to file a Second Amended Complaint, at docket number 64 in the Verity Action.

The two actions are related within the meaning of Local Rule 123(a). Both are *qui tam* actions under the False Claims Act brought on behalf of the United States. The actions both name, as a defendant, E&B Natural Resources Management Corporation ("E&B"), and both allege that E&B knowingly made false statements material to E&B's 2021 application for, receipt of, and forgiveness of a Second Draw Paycheck Protection Program ("PPP") loan. To be eligible for a Second Draw PP loan, an applicant was required to certify that it, together with its affiliates, employed no more than 300 persons. Both actions allege that E&B's certification was false because E&B was affiliated with numerous other companies, including but not limited to Excalibur Well Services Corporation ("Excalibur"). Once the employees of all of E&B's affiliates are included,

the total employee count was far greater than 300 and therefore E&B was ineligible for the Second Draw PPP loan and its certification of eligibility was false.

Both actions also contain similar allegations regarding Excalibur. Excalibur is a defendant in the Forsyth Action but not in the Verity Action. Like E&B, Excalibur also applied for a Second Draw PPP loan. Both actions allege that Excalibur was affiliated with E&B. Forsyth alleges that Excalibur violated the FCA by making false statements material to Excalibur's application for, receipt of, and forgiveness of its PPP loan. Among other failings, Excalibur failed to include, in its count of employees, the employees of E&B and other affiliated companies.

The currently pending allegations in both actions, regarding Excalibur's affiliation with E&B, are substantially the same.[1] Both actions allege that Excalibur and E&B were affiliated because they were under common ownership and control of the Galesi Group and its CEO, David M. Buicko, and were under common management by Stephen Layton, who served as President of both companies. The actions therefore involve (some of) the same parties, the same transactions and events, and similar questions of fact and law. L.R. 123(a)(1)–(3).

Assignment of both actions to the same Judge is likely to effect a substantial savings of judicial effort and avoid duplication of labor. L.R. 123(a)(4). Both actions will require resolution of the same core issues, including whether E&B and its affiliates exceeded the 300-employee limit and whether E&B and Excalibur were affiliates under the SBA's affiliation rules. Discovery in the two actions will substantially overlap, especially as to the evidence involving E&B's and Excalibur's overlapping ownership and management, which are essential to the allegation that both companies are affiliates. Coordinated handling will also avoid the risk of inconsistent rulings on overlapping questions of fact and law and will facilitate any coordination or consolidation the Court may find appropriate.

Therefore, if Defendant Excalibur consents to proceed before a Magistrate Judge for all purposes, then this case should be reassigned to Judge Baker to handle in coordination with the Verity Action. If Defendant Excalibur does not consent to proceed in this manner, then Relator

[1] Verity's original complaint did not identify Excalibur. This Notice refers to the allegations in the Verity action as they currently stand today, based on the Second Amended Complaint that Verity recently filed on October 16, 2026, at docket number 65 in the Verity Action.

submits that the referral of this case to Magistrate Judge Barch-Kuchta should be withdrawn, and this case instead referred to Magistrate Judge Baker.

Susman Godfrey L.L.P., counsel for Forsyth in this action, also represents the Relator, Verity Investigations, LLC, in the Verity Action.

Pursuant to Local Rule 123(b), a similar Notice will also be filed in the Verity Action.

Dated: October 21, 2026

**SUSMAN GODFREY L.L.P.**

By: */s/Shauli Bar-On*

Steven M. Shepard (*pro hac vice* forthcoming)
Shauli Bar-On (356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshepard@susmangodfrey.com
sbar-on@susmangodfrey.com

Eric H. Jaso (*pro hac vice* forthcoming)
**SPIRO, HARRISON & NELSON L.L.C.**
363 Bloomfield Avenue
Suite 2C
Montclair, New Jersey 07042
ejaso@shnlegal.com

*Attorneys for Relator Aidan Forsyth*