# United States District Court
# Eastern District of California

United States of America, ex rel. Aidan Forsyth
Plaintiff(s)

V.

E&B Natural Resources Management Corp. and Excalibur Well Services Corp.
Defendant(s)

Case Number: 1:26-cv-08458-KES-HBK

ORDER GRANTING APPLICATION FOR PRO HAC
(Doc. 21)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Steven M. Shepard hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Aidan Forsyth

On 12/03/2014 (date), I was admitted to practice and presently in good standing in the State Court of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 10/22/2026 Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Steven M. Shepard

Law Firm Name: Susman Godfrey, LLP

Address: One Manhattan West

City: New York State: NY Zip: 10001

Phone Number w/Area Code: (212)336-8330

City and State of Residence: Larchmont, NY

Primary E-mail Address: sshepard@susmangodfrey.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Shauli Bar-On

Law Firm Name: Susman Godfrey, LLP

Address: One Manhattan West

City: New York State: NY Zip: 10001

Phone Number w/Area Code: (212)336-8330 Bar # CA356650

## ORDER

The Pro Hac Vice Application (Doc. 12) is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/23/2026

Helena M. Barch-Kuchta

JUDGE, U.S. DISTRICT COURT