MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

JACOB C. GOLDBERG, Bar No. 310862
jacob.goldberg@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

UNITED STATES OF AMERICA, *ex rel.* AIDAN FORSYTH,

Plaintiff,

v.

E&B NATURAL RESOURCES MANAGEMENT CORPORATION and EXCALIBUR WELL SERVICES CORPORATION,

Defendants.

Case No. 1:26-cv-08458-KES-CDB

**NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANTS**

.

TO: CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that Matthew D. Segal, Jacob C. Goldberg, and Stoel Rives LLP hereby appear on behalf of defendants E&B Natural Resources Management corporation and Excalibur Well Services Corporation in this above-captioned action. This appearance is made without waiving any objections or defenses.

All pleadings, notices, and other papers in this action, with the exception of process, should be served at the addresses below:

Matthew D. Segal
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Email: matthew.segal@stoel.com

Jacob C. Goldberg
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Email: jacob.goldberg@stoel.com

DATED: November 13, 2026

STOEL RIVES LLP

*s/ Jacob C. Goldberg*
MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
JACOB C. GOLDBERG, Bar No. 310862
jacob.goldberg@stoel.com
Attorneys *for Defendants*